| | |
|---|---|
| 1 | O |
| 2 | FILED 2015 FEB -6 PM 4:37 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      vs.<br><br>Mayshund, Rick Thomas<br>               Defendant. | Case No.:<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

     The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CDCA_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

     The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

     The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _ongoing substance abuse problem; conduct in not complying w/conditions of supervision evidence he cannot be relied on to comply with supervision conditions;_

and/or

B.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on  substance abuse history; criminal history record; probation violation history

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED:  2/6/15

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE